# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIZENS INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHIEF DIGITAL ADVISORS; CATHY PARKES d/b/a LEVEL UP RN; and ASSESSMENT TECHNOLOGIES INSTITUTE L.L.C.,<br><br>Defendants. | Case No: 3:20-CV-01075-MMA-AGS<br><br>**ORDER GRANTING JOINT MOTION**<br><br>[Doc. No. 11] |

Plaintiff and Defendant Assessment Technologies Institute, L.L.C. ("ATI") filed a joint motion for ATI to be bound by the final judgment rendered in *Buss v. Superior Court* (1997) 16 Cal. 4th 35 in exchange for Plaintiff's dismissal of ATI with prejudice from this action. The Court, having reviewed the motion and finding good cause therein, **GRANTS** the motion. The above entitled action shall be and hereby is dismissed as against ATI only and no other Defendant, **with prejudice**. Plaintiff and ATI shall each bear their own costs and attorneys' fees incurred in this action.

Dated: August 12, 2020

HON. MICHAEL M. ANELLO
United States District Judge

1