# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIZENS INSURANCE COMPANY OF AMERICA,<br><br>                                   Plaintiff,<br>v.<br><br>CHIEF DIGITAL ADVISORS, et al.,<br>                                  Defendants.<br><br>CATHY PARKES, et al.,<br>                              Counter Claimants,<br>v.<br>CITIZENS INSURANCE COMPANY OF AMERICA,<br>                              Counter Defendant. | Case No.: 20-cv-1075-MMA (AGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 39] |

On June 24, 2022, the parties filed a joint motion to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Doc. No. 39. The action was previously stayed pending the resolution of the Kansas Action. Doc. No. 35. The Court treats the joint motion as a motion to lift the stay and dismiss the action.

1 | Upon due consideration, good cause appearing, the Court lifts the stay, **GRANTS**
2 | the joint motion, and **DISMISSES** the action in its entirety **with prejudice**. Further, the
3 | Court **DIRECTS** the Clerk of Court to terminate all pending deadlines and close this
4 | case.
5 | **IT IS SO ORDERED**.
6 | Dated: June 27, 2022

*[signature]*
HON. MICHAEL M. ANELLO
United States District Judge